UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

JUL 11 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

ANOSH AHMED,
SAMEER SUHAIL, and
HEATHER BERGDAHL

No. 24 CR 232

Rebecca R. Pallmeyer
Chief Judge

**UNDER SEAL**

**GOVERNMENT'S MOTION TO REORDER DEFENDANTS IN THE INDICTMENT**

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully moves for an order directing the Clerk of Court, United States District Court for the Northern District of Illinois, to allow the filing of the indictment in this matter, with the defendants of that indictment ordered in a different sequence from the original complaint. In support of this motion, the government states as follows:

1. On May 10, 2024, defendant Heather Bergdahl was charged in a complaint with embezzlement, in violation of Title 18, United States Code, Sections 666 and 2. On July 11, 2024, the government expects to ask the grand jury to return an indictment adding two defendants to this case, namely Anosh Ahmed and Sameer Suhail, as well as multiple new counts, including wire fraud counts.

2. The government understands that the Clerk of Court, United States District Court for the Northern District of Illinois, requires that defendants named in indictments maintain the same order as they appeared in the original complaint. Given the

seriousness of the new counts and the hierarchy of the newly indicted defendants, the government seeks authorization from this Court to have the defendants reordered.

3. The government requests that this Motion and the Court's Order be kept under seal until further Order of this Court.

## CONCLUSION

For the reasons stated above, the government respectfully requests the entry of an order directing the Clerk of Court, United States District Court for the Northern District of Illinois, to accept for filing the indictment, with the defendants reordered.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: /s/ *Kelly L. Guzman*
KELLY L. GUZMAN
SHERI MECKLENBURG
Assistant United States Attorneys
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604

Dated: July 11, 2024