UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | } | |
| | } | |
| | } | |
| v | } | |
| | } | Case No. 24 cr 232 |
| | } | |
| Anosh Ahmed, et al. | } | |
| | } | |

**TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT**

It appearing that the above-captioned case requires further judicial action, I therefore recommend to the Executive Committee that this case be reassigned to Honorable Robert W. Gettleman. The reasons for my recommendation are indicated on the reverse of this form.

**THOMAS G. BRUTON, CLERK**

/s/ Lorenzo Walker
Deputy Clerk

Dated: April 28, 2025

**ORDER OF THE EXECUTIVE COMMITTEE**

**IT IS HEREBY ORDERED** that the Clerk of the Court reassign the above-captioned case to Honorable Robert W. Gettleman in accordance with the Rules.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Virginia M. Kendall
Chief Judge Virgina M. Kendall

Dated: 4/28/2025

IOP13(b) [X] This cause is currently pending on the Fugitive Calendar having previously been assigned to the calendar of Judge Robert W. Gettleman; it is recommended that it be reassigned to the calendar of Honorable Robert W. Gettleman as it appears to require further judicial action.

LR40.5 [] Pursuant to the provisions of LR 40.5, this cause is to be reassigned by lot having been reversed and remanded pursuant to a mandate issued by the U.S. Court of Appeals, 7th Circuit.

IOP13(J) [] This cause having last been assigned to the calendar of Honorable Judge who is no longer sitting; it is recommended that it be reassigned to the calendar of an active judge of this court as it appears to require further judicial action.