UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HEATHER BERGDAHL | No. 24 CR 232<br><br>Judge Robert W. Gettleman |

### GOVERNMENT'S MOTION TO SEAL DOCUMENT NO. 63

The United States of America, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, hereby moves, to keep sealed Document No. 63, the Government's Response to defendant Heather Bergdahl's motion to remove all Pretrial Supervision, for the reasons set forth below:

1, On Friday, April 25, 2025, defendant Heather Bergdahl filed a motion to eliminate Pretrial Supervision as a condition of her bond. The Government responded the same day. The Government's Response was docketed as Document No. 63.

2. On Monday, April 28, 2025, Bergdahl's counsel requested that the government put its response under seal. The government agreed.

3. On Monday, April 28, 2025, the Courtroom Deputy directed Docketing that, at the request of the parties, Document 63 be placed under seal, pending a motion. Docketing placed Document No. 63 under seal. This motion requests on behalf of both parties that the document remain sealed until further order of the Court.

CONCLUSION

WHEREFORE, the government requests that this Court order that Document No. 63 remain under seal until further order of the Court.

                                                Respectfully submitted,

                                                ANDREW S. BOUTROS
                                                United States Attorney

By:   */s/ Sheri H. Mecklenburg*
       SHERI H. MECKLENBURG
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 469-6030

Dated: April 29, 2025