# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Heather Bergdahl, et al.

Defendant.

Case No.: 1:24−cr−00232

Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 18, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman as to Heather Bergdahl and George Miller Jr.: Telephone status hearing held with all parties present. A change of plea hearing is set for both defendants at 2/5/2026 at 10:30 a.m. By agreement, the Court deems the period of time from 12/18/2025 to 2/5/2026 excludable under 18 U.S.C. §3161(h)(7)(A) − interest of justice. Counsel is directed to email a draft of the plea agreement to the Courtroom Deputy as soon as practical. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.