**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:24-cr-00232 |
| v. | Hon. Robert W. Gettleman |
| HEATHER BERGDAHL, | |
| Defendant. | |

**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 83.17, Defendant Heather Bergdahl ("Dr. Bergdahl") hereby requests that Kevin Hasenfang, one of her attorneys, be given leave of Court to withdraw his appearance as counsel of record in the above-captioned matter. Mr. Hasenfang appeared on Dr. Bergdahl's behalf alongside several other attorneys from the law firm Jones Day in Chicago, Illinois, and remaining counsel will continue to represent her in this case. Accordingly, his withdrawal will not delay the adjudication of this case or otherwise prejudice any party.

WHEREFORE, Plaintiff respectfully moves this Court to grant Mr. Hasenfang leave to withdraw his appearance in the above-captioned matter.

Dated:     April 6, 2026          Respectfully submitted,

/s/ Kevin Hasenfang
Bethany K. Biesenthal
Jordan M. Matthews
Taylor M. Grode
Kevin Hasenfang
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: 1.312.269.3939
Facsimile: 1.312.782.8585
bbiesenthal@jonesday.com
jmatthews@jonesday.com
tgrode@jonesday.com
khasenfang@jonesday.com

*Counsel for Defendant,*
*Heather Bergdahl*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, I caused the foregoing document to be filed via CM/ECF, which will effectuate service upon all counsel of record.

*/s/ Kevin Hasenfang*
Kevin Hasenfang

*Counsel for Defendant,*
*Heather Bergdahl*