**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No: 1:24-cr-00232-2 |
| v. | ) | Magistrate Beth W. Jantz |
| | ) | |
| **Sameer Suhail** | ) | |
| Defendant(s), | ) | |

**ORDER**

Initial appearance and arraignment held on 4/22/26. Defendant appears in response to arrest in the afternoon of 4/21/26. Attorney Adam Sheppard enters his appearance as retained counsel. Defendant is advised of charges and informed of his rights. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court orally admonished the parties, confirmed the government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and ordered it to do so. Government and Defendant agree on certain proposed conditions of release. Court enters Order Setting Conditions of Release and Appearance Bond for $5,000,000 secured by property described in the bond. The property bond must be posted with the Clerk of Court by 5/6/26. The Court read each of the conditions of release to Defendant, he stated that he understood them, and would comply. Defendant ordered released after processing. The Rule 16.1 (a) conference is to be held as soon as possible. A status hearing before Judge Gettleman is set for 5/7/26 at 9:00 a.m. by phone. Without objection, time is excluded from the date of arraignment to the next status hearing pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) in the interest of justice and for reasons stated in open court (X-T).

(00:20)

Date: 4/22/2026

Beth W. Jantz
United States Magistrate Judge