# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

United States of America       }
                }
      v                }
                }    Case No.  24-cr-00232 - 2
                }
Sameer Suhail          }

## <u>TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT</u>

It appearing that the above-captioned case requires further judicial action, I therefore recommend to the Executive Committee that this case be directly reassigned to Judge Robert W. Gettleman. The reasons for my recommendation are indicated on the reverse of this form.

**THOMAS G. BRUTON, CLERK**

<u>/s/ Nairee Hagopian</u>
Deputy Clerk

Dated:   May 7, 2026

## <u>ORDER OF THE EXECUTIVE COMMITTEE</u>

**IT IS HEREBY ORDERED** that the Clerk of the Court reassign the above-captioned case to the calendar of Judge Robert W. Gettleman in accordance with the Rules.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Chief Judge Virginia M. Kendall

Dated: 5/7/2026

IOP13(b)   [X]      This cause is currently pending on the Fugitive Calendar having previously been assigned to the calendar of Judge Robert W. Gettleman; it is recommended that it be reassigned back to Judge Robert W. Gettleman, the defendant no longer being a fugitive.

LR40.5     [ ]      Pursuant to the provisions of LR 40.5, this cause is to be reassigned by lot having been reversed and remanded pursuant to a mandate issued by the U.S. Court of Appeals, 7th Circuit.

IOP13(J)   [ ]      This cause having last been assigned to the calendar of Judge who is no longer sitting; it is recommended that it be reassigned to the calendar of an active judge of this court as it appears to require further judicial action.