UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HEATHER BERGDAHL, et al. | No. 24 CR 232<br><br>Judge Robert W. Gettleman |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, BETHANY BIESENTHAL, JORDAN MATTHEWS, and TAYLOR GRODE, counsel for defendant Heather Bergdahl, and RYAN S. HEDGES, counsel for defendant George Miller Jr., hereby file this Joint Status Report in response to the Court's April 27, 2026 Order requesting change of plea hearing times.

Since April 27, 2026, the parties have conferred regarding availability for a change of plea hearing. However, the government has recently obtained additional material that it expects to tender to defense counsel in the next week, and which defense counsel will require time to review. As a result, the parties request that the Court set a status hearing in 45 days, at which time the parties expect to be ready to set a date for change of plea or trial. The parties have agreed to exclude time to the next status date pursuant to 18 U.S.C. §3161(h)(7)(A) in the interest of justice to continue plea negotiations.


Dated: May 22, 2026

1

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/ Kelly Guzman*
Kelly Guzman
Diane MacArthur
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
Telephone: 312.353.5300

*/s/ Bethany K. Biesenthal*
Bethany K. Biesenthal
bbiesenthal@jonesday.com
Jordan M. Matthews
jmatthews@jonesday.com
Taylor M. Grode
tgrode@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: 312.269.4303

*Counsel for Defendant, Dr. Heather Bergdahl*

*/s/ Ryan S. Hedges*
Ryan S. Hedges
rhedges@bakerlaw.com
Baker Hostetler LLP
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone: 312.416.6216

*Counsel for Defendant, George Miller Jr.*