ᵐᴿ



**National Subrogation Services**

100 Crossways Park West
Suite 415 | Woodbury, NY 11797
P:516-949-3620 | F:516-949-3621

US District Court
Everett McKinley Dirksen US Courthouse
219 South Dearborn Street
Chicago, IL 60604

**FILED**

**MAY 26 2026** ᵐ ᴬᵐ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

May 14, 2026

Regarding:
| | | |
|---|---|---|
| Insured: | Loretto Hospital Inc. |
| Chubb File Number: | KY22K2413444 |
| NSS Matter Number: | 250516956 |
| Date of Loss: | 05/02/2022 |
| Loss Location: | Chicago IL |
| Case Number: | 24 CR 232 |
| Responsible Party: | Heather Bergdahl |

Please be advised, effective July 1, 2024, Chubb (Federal Insurance Company) entered into an agreement with National Subrogation Services (NSS) to handle Chubb's Property Subrogation claims. The above referenced matter is now being handled by NSS.

Kindly direct all future inquiries regarding this matter to either the phone number or email address contained in the signature block below.

We are requesting status on this case. Please advise if the responsible party Heather Bergdahl was ordered to pay restitution. If so, how much is she ordered to pay and to whom the payments are/will be made to.

If there is someone else, we should be contacting for status, please provide the contact information including street address.

Thank you.

Sincerely,

Linda Rieks, Recovery Associate
Direct dial: (516) 949-3638
E-mail: LRieks@nationalsubrogation.com

**100 Crossways Park West | Suite 415 | Woodbury, NY 11797 | Nationalsubrogation.com**

## National Subrogation Services

100 Crossways Park West, Suite 415
Woodbury, NY, 11797

**RETURN SERVICE REQUESTED**



quadient

FIRST-CLASS MAIL
IMI

$000.74 ⁰

05/18/2026 ZIP 11797
043M31256001

US POSTAGE



RECEIVED

MAY 26 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



6060431800 C005