IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No.  24 CR 232 |
| vs. | ) |
| | ) |
| SAMEER SUHAIL | ) Judge Robert W. Gettleman |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY
CONDITIONS OF BOND TO REPLACE "HOME DETENTION"
WITH "CURFEW AS DIRECTED BY PRETRIAL SERVICES"**

NOW COMES Defendant, SAMEER SUHAIL, by and through his attorney, Adam Sheppard, Sheppard Law Firm, P.C., and pursuant to 18 U.S.C. § 3142(c)(3), respectfully moves this Honorable Court to modify the order setting defendant's conditions of pretrial release to replace "home detention" with "curfew as directed by Pretrial Services" with the remaining conditions of pretrial release to remain in effect. In support thereof, defendant states as follows:

1. Defendant has consulted with both the Government and Pretrial Services regarding this motion and there is no objection.

2. Defendant has demonstrated compliance with pretrial release conditions.

WHEREFORE, defendant respectfully moves this Honorable Court to modify the order setting conditions of pretrial release to replace "home detention" with "curfew as directed by Pretrial Services," with the remaining conditions of pretrial release to remain in effect.

Respectfully submitted:

*Adam Sheppard*

Adam Sheppard
An Attorney for Defendant

SHEPPARD LAW FIRM, P.C.
218 North Jefferson Street, Suite 300
Chicago, IL 60661
(312) 443-1233
adam@sheppardlaw.com
IL Bar no. 6287375

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing motion was served on June 15, 2026, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

<u>/s/ Adam J. Sheppard</u>
Attorney for Defendant

SHEPPARD LAW FIRM, P.C.
218 North Jefferson Street, Suite 300
Chicago, IL 60661
(312) 443-1233
adam@thesheppardlawfirm.com
IL Bar no. 6287375