# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                     Case No.: 1:24–cr–00232

                                     Honorable Robert W. Gettleman

Heather Bergdahl, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

      MINUTE entry before the Honorable Robert W. Gettleman as to Sameer Suhail: Defendant's Unopposed Motion To Modify Conditions Of Bond To Replace "Home Detention" With "Curfew As Directed By Pretrial Services" [108] is granted. The Order Setting Conditions of Pretrial Release is modified as follows: the order for "home detention" is stricken and replaced with "curfew as directed by Pretrial Services." All other remaining conditions of pretrial release remain in effect. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.