**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:24−cr−00232
Honorable Robert W. Gettleman
Heather Bergdahl, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 2, 2026:

MINUTE entry before the Honorable Robert W. Gettleman as to Heather Bergdahl, Sameer Suhail, and George Miller Jr: Telephonic hearing held on 7/2/2026. Defendants Suhail, Burgdahl and Miller appeared on the hearing. The government advised that for the reasons stated on the record, they have produced grand jury transcripts to defendants and notified the court the government will be seeking to re−present the evidence in this matter to a different grand jury and seek a superseding indictment. The individual parties are in negotiations to resolve the charges against them short of trial. Telephonic hearing set for 7/14/2026 at 1:30 p.m. To join the telephone conference, dial (650) 479−3207, Access Code 1809 88 3385. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Counsel of record and other essential case participants will receive an email prior to the start of the hearing with instructions to join the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. By agreement, the Court deems the period of time from 7/2/2026 to 7/14/2026 excludable under 18 U.S.C. §3161(h)(7)(A) − interest of justice. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.