FILED
9/24/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MPV

**1:24-cr-00232**
**Judge Robert W. Gettleman**
**Magistrate Judge Maria Valdez**
**DIRECT**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Anosh Ahmed | No | Yes-Federal |
| Sameer Suhail | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **Yes**
Case Number: **24 CR 232**
Case Title: ***United States v. Anosh Ahmed, et al***
Assigned Judge: **Robert W. Gettleman, District Judge**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

Will any defendant require a foreign language interpreter for Court appearances? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Fraud - mail/wire/bank/healthcare III**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 18, United States Code, Sections 371, 666(a)(1)(A), 1343, 1956(a)(1)(B)(i), and 2; Title 26, United States Code, Section 7206(1)**

Assistant United States Attorney(s): **Kelly Guzman and Diane MacArthur**

Contact Person and Phone Number: **Diane MacArthur 312.613.2400**